UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES DEPARTMENT
OF JUSTICE and FACEBOOK, INC.,

        Respondents - Appellees,

  v.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION; et al.,

        Movants - Appellants,

 and

WP COMPANY LLC, DBA The
Washington Post,

        Movant.

No. 19-15472

D.C. No. 1:18-mc-00057-LJO-EPG
U.S. District Court for Eastern
California, Fresno

**MANDATE**

---

UNITED STATES DEPARTMENT
OF JUSTICE and FACEBOOK, INC.,

        Respondents - Appellees,

  v.

WP COMPANY LLC, DBA The
Washington Post,

        Movant - Appellant,

No. 19-15473

D.C. No. 1:18-mc-00057-LJO-EPG
U.S. District Court for Eastern
California, Fresno

and

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION; et al.,

          Movants.

The judgment of this Court, entered July 22, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT

          By: Quy Le
          Deputy Clerk
          Ninth Circuit Rule 27-7